IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JODA DARR LEE LANE
ADC #601078                                                                                    PLAINTIFF

V.                                    CASE NO. 2:09CV00049 BSM-BD

NORTON, *et al.*                                                                              DEFENDANTS

# ORDER

The court has received the recommended disposition from Magistrate Judge Beth Deere. The parties raise no objections. After carefully reviewing the recommended disposition and reviewing the record *de novo*, it is concluded that the recommended disposition should be, and hereby is, approved and adopted in all respects in its entirety.

Plaintiff's amended complaint is DISMISSED without prejudice under Local Rule 5.5(c)(2).

IT IS SO ORDERED, this 3rd day of February, 2010.

_____
UNITED STATES DISTRICT JUDGE