# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**JODA DARR LEE LANE**
**ADC #601078**                                                                **PLAINTIFF**

**V.**                        **CASE NO. 2:09CV00049-BSM-BD**

**NORTON,** *et al.*                                                           **DEFENDANTS**

## JUDGMENT

Consistent with the order that was entered on this date, it is considered, ordered, and adjudged, that this case is hereby dismissed without prejudice.

IT IS SO ORDERED this 3rd day of February, 2010.

_____
UNITED STATES DISTRICT JUDGE